# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA DIGMAN, et al., | CASE NO. 1:11-cv-01901-AWI-SKO |
| Plaintiffs, | |
| v. | **ORDER GRANTING REQUEST FOR SUBSTITUTION OF COUNSEL** |
| BRIAN CUMMINGS, individually and in his representative capacity with Transwest Capital, Inc., TRANSWEST CAPITAL, INC., | (Docket No. 32) |
| Defendants. | |
| _____/ | |

On December 1, 2011, Defendants Brian Cummings and Transwest Capital, Inc. filed a request seeking to substitute Michael J. Lampe, Esq. as attorney of record in place of current counsel B. Scott Pierce, Esq., D. Alexander Harrell, Esq., and Jodi L. Bender, Esq.

Accordingly, IT IS HEREBY ORDERED that Defendants' current counsel  B. Scott Pierce, Esq., D. Alexander Harrell, Esq., and Jodi L. Bender, Esq. be SUBSTITUTED and replaced by Michael J. Lampe, Esq. as counsel of record.

IT IS SO ORDERED.

**Dated:    December 2, 2011** _____**/s/ Sheila K. Oberto**_____
                                        UNITED STATES MAGISTRATE JUDGE