# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA DIGMAN, et al., | CASE NO. 1:11-cv-01901-AWI-SKO |
| Plaintiffs, | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| v. | |
| BRIAN CUMMINGS, et al., | |
| Defendants. | |

This case was transferred to this Court from the Northern District of Texas on November 16, 2011. (Doc. 29.) A scheduling conference was set for March 20, 2012. (Doc. 30.) Plaintiffs' counsel, however, is neither admitted to practice law in California nor a member of the Bar of this Court. To allow Plaintiffs additional time to associate local counsel or otherwise obtain a representative who is eligible to practice law in California and is a member of the Bar of this Court, the scheduling conference shall be continued.

It is HEREBY ORDERED that:

1. The scheduling conference currently set for March 20, 2012, is CONTINUED to May 17, 2012, at 9:30 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto;

2. Plaintiffs' counsel is DIRECTED to consult the Court's Local Rule 180 that pertains to attorney admission requirements;

3. On or before the May 17, 2012, scheduling conference, Plaintiffs shall associate local counsel or otherwise retain counsel who is eligible to practice law in this state and before this Court; and

4. The parties are DIRECTED to complete the following no later than May 10, 2012:
   a. Review the Court's scheduling order located at Docket Number 30;
   b. Meet and confer to propose one joint schedule; and
   c. File **one joint scheduling report** as specified in the Court's November 16, 2011, scheduling order.

IT IS SO ORDERED.

**Dated:   March 14, 2012**               /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE